UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IAN LAMAR LAND,

      Plaintiff,

v.

      Case No. 22-cv-12672
      Hon. Matthew F. Leitman

CITY OF DETROIT, *et al.*,

      Defendants.

_____/

### ORDER TERMINATING DEFENDANTS' MOTION FOR ORDER TO SHOW CAUSE (ECF No. 17) WITHOUT PREJUDICE

On February 29, 2024, the Court held an on-the-record status conference in this action to discuss Defendants' currently-pending motion for an order to show cause. (*See* Mot., ECF No. 17.) For the reasons discussed on the record with counsel, the motion is **TERMINATED WITHOUT PREJUDICE** because the documents requested in the motion have now been produced.

    **IT IS SO ORDERED**.

Dated: February 29, 2024

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on February 29, 2024, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126

1