UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IAN L. LAND,

      Plaintiff,

-vs-

CITY OF DETROIT, et al.,

      Defendants.

Case No.: 22-cv-12672
Hon. Matthew F. Leitman

_____/

| Ivan L. Land (P65879) | Philip J. Hiltner (P77913) |
|---|---|
| Law Offices of Ivan L. Land, P.C. | City of Detroit Law Department |
| 25900 Greenfield Rd., Ste. 210 | Attorney for Defendant City of Detroit |
| Oak Park, MI 48237-1267 | 2 Woodward Ave., Ste. 500 |
| (248) 968-4545 | Detroit, MI 48226 |
|  | (313) 237-6390 |

_____/

## STIPULATED ORDER DISMISSING CITY OF DETROIT

This matter having come before this Honorable Court by stipulation, and the Court being fully advised in the premises:

**IT IS HEREBY ORDERED** Count I of Plaintiff's Complaint is dismissed with prejudice, without costs or attorney fees to any party. As it is the only claim against the City of Detroit, the City of Detroit is dismissed as a party to this action.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: June 6, 2024

SO STIPULATED:

/s/ Ivan L. Land (with permission)               /s/ Philip J. Hiltner
Ivan L. Land (P65879)                                   Philip J. Hiltner (P77913)
Attorney for Plaintiff                                       Attorney for Defendants

Dated: June 5, 2024