UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IAN LAMAR LAND,

    Plaintiff,                  Case No. 22-cv-12672
v.                                Hon. Matthew F. Leitman

RYAN RULOFF, *et al.*,

    Defendants.
_____/

## ORDER GRANTING IN PART AND DENYING IN PART DEFENDANTS' MOTION FOR SUMMARY JUDGMENT (ECF No. 23)

On November 26, 2024, the Court held a hearing on a motion for summary judgment filed by Defendants Ryan Ruloff and Matthew Webb. (*See* Mot. for Summ. J., ECF No. 23.) For the reasons stated on the record at the hearing, the motion is **GRANTED IN PART** and **DENIED IN PART** as follows:

1. The motion is **GRANTED** to the extent it seeks judgment in favor of Defendants on Plaintiff Ian Land's claims for excessive force (Count II) and malicious prosecution (Count V). (*See* Am. Compl., ECF No. 8.) The motion is also **GRANTED** to the extent it seeks judgment in favor of Defendants on Land's claim for civil conspiracy (Count VI) because Land voluntarily abandoned this claim. (*See* Resp. at ¶ 6, ECF No. 26, PageID.358.)

1

2. The motion is **DENIED** to the extent it seeks judgment in favor of Defendants on Land's claims for unlawful seizure (Count III) and unlawful search (Count IV). (*See* Am. Compl., ECF No. 8.)

**IT IS SO ORDERED**.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated:  December 2, 2024

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on December 2, 2024, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126