UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IAN L. LAND,

        Plaintiff,

-vs-

CITY OF DETROIT, a municipal corporation; RYAN RULOFF, individually and in his official capacity; and MATTHEW WEBB, individually and in his official capacity

        Defendants.

Case No.: 22-cv-12672
Hon. Matthew F. Leitman

---

Ivan L. Land (P65879)
Law Offices of Ivan L. Land, P.C.
25900 Greenfield Rd., Ste. 210
Oak Park, MI 48237-1267
(248) 968-4545

Philip J. Hiltner (P77913)
City of Detroit Law Department
Attorney for Defendant City of Detroit
2 Woodward Ave., Ste. 500
Detroit, MI 48226
(313) 237-6390

---

## **PLAINTIFF'S RESPONSE TO DEFENDANTS' SECOND DISCOVERY REQUESTS**

Plaintiff submits the following as a response to Defendant's Second Discovery Requests.

### **INTERROGATORIES**

1. Please provide contact information for Dusty Dellinger.

**ANSWER:**

*Plaintiff does not have this information.*

# REQUESTS FOR PRODUCTION OF DOCUMENTS

1. Please produce all employment records, including, but not limited to, proof of income, from the Law Offices of Ivan L. Land, P.C.

**ANSWER:**

*Plaintiff will provide at a later date.*

2. Please produce your income log mentioned in your deposition.

**ANSWER:**

*Plaintiff will provide at a later date.*

3. Please produce all proof of income stored in your Arbiter Sports account.

**ANSWER:**

*2023- $18163*
*2022-$6591*
*2021-$70*

4. Please produce every IRS Form 1099 you have received in the past seven years.

**ANSWER:**

*Plaintiff will provide at a later date.*

5. Please produce any bills/invoices you have received from Attorney Stephanie Carson.

**ANSWER:**

*None.*

STATE OF MICHIGAN )
                      ) SS.
COUNTY OF Wayne )

The foregoing instrument was acknowledged before me on Feb 21st, 2024 by **Ian L. Land** known to me to be the person(s) described in and who executed the instrument.

My commission expires:

                                                          Notary Public

Jeremy Charles Williams-Seymore
Notary Public State of Michigan
Wayne County
My Commission Expires 4/8/2030
Acting in the County of Wayne

Wayne County,
Michigan