REQ-198209-B

SENT ORIGINALLY ON 08/08/2023 (PLEASE DO NOT DUPLICATE)

## INSTRUCTIONS TO WITNESS:

**THE ENCLOSED SUBPOENA/LETTER OF REQUEST DOES NOT REQUIRE YOUR PERSONAL APPEARANCE.**

It does require that all records specified in the subpoena/letter of request be submitted to us by one of the methods listed below:

| Mail: | Secure Email: | Fax: |
|---|---|---|
| MINUTE MAN SERVICES, INC.<br>3905 ROCHESTER ROAD<br>ROYAL OAK, MI 48073 | REQ@ MM.SERVICES | (248) 585-5822<br>*Please only fax invoices and No Record Statements.*<br>*Faxes are unreliable and the quality is poor.* |

A digital version of the requested records (PDF/TIFF/JPEG, CD of films, audio CD, videos on DVD, etc.) is preferred, but is not mandatory. Paper records can be single sided without paperclips or staples.

***IF THE TOTAL COST TO COPY THE DOCUMENTS EXCEEDS $100.00 OR THE DOCUMENTS ARE ON FILM, <u>DO NOT BEGIN COPYING</u> UNTIL YOU HAVE PROVIDED US WITH A QUOTATION AND APPROVAL TO PROCEED IS GIVEN. <u>WITHOUT PRIOR APPROVAL, PAYMENT IS NOT GUARANTEED.</u> IF WE DECLINE COPYING SERVICES, YOU WILL ONLY BE PAID THE INITIAL FEE IN ACCORDANCE WITH MCL 333.26269(1)(A). FOR COPYING COST LESS THAN $100 YOU MAY CONSIDER THIS TO BE YOUR APPROVAL TO PROCEED. ALL COPYING CHARGES REGARDLESS OF COST MUST BE IN ACCORDANCE OF THE MICHIGAN MEDICAL RECORDS ACCESS ACT.***

<u>**PLEASE SIGN & DATE WHERE APPROPRIATE BELOW, AND RETURN WITH REQUESTED RECORDS**</u> no later than the due date listed on subpoena/letter of request.
If additional assistance is needed, please call (248) 585-6300.

## CERTIFICATION OF RECORD:

RECORDS RE: **IAN LAMAR LAND**

In response to the subpoena/letter of request issued, I hereby certify that the records submitted are the only records in my/our possession or control pertaining to the above individual.

_____  XX _____
Date                         Signature
                             **HAKIM, TOMA & YALDOO - HUMAN RESOURCES**

☐ Enclosed are **ORIGINALS** that must be copied and returned to us.          Page Count: _____
☐ Enclosed are **COPIES** that do not need to be returned.                              CD Count: _____

## NO RECORD STATEMENT:

RECORDS RE: **IAN LAMAR LAND**

I hereby certify that after a thorough and diligent search, no records pertaining to the above individual can be located.

2/13/24   XX  _[signature]_
Date            Signature
                **HAKIM, TOMA & YALDOO - HUMAN RESOURCES**

If reason is different than the description above, please provide additional information below.
(e.g. past retention, records located at different facility/location)

_____

_____

REQ-198209-B

REQ-199796-B

# INSTRUCTIONS TO WITNESS:

**THE ENCLOSED SUBPOENA/LETTER OF REQUEST DOES NOT REQUIRE YOUR PERSONAL APPEARANCE.**
It does require that all records specified in the subpoena/letter of request be submitted to us by one of the methods listed below:

| Mail: | Secure Email: | Fax: |
|---|---|---|
| MINUTE MAN SERVICES, INC.<br>3905 ROCHESTER ROAD<br>ROYAL OAK, MI 48073 | REQ@ MM.SERVICES | (248) 585-5822<br>*Please only fax invoices and No Record Statements.*<br>*Faxes are unreliable and the quality is poor.* |

A digital version of the requested records (PDF/TIFF/JPEG, CD of films, audio CD, videos on DVD, etc.) is preferred, but is not mandatory. Paper records can be single sided without paperclips or staples.

***IF THE TOTAL COST TO COPY THE DOCUMENTS EXCEEDS $100.00 OR THE DOCUMENTS ARE ON FILM, <u>DO NOT BEGIN COPYING</u> UNTIL YOU HAVE PROVIDED US WITH A QUOTATION AND APPROVAL TO PROCEED IS GIVEN. <u>WITHOUT PRIOR APPROVAL, PAYMENT IS NOT GUARANTEED.</u> IF WE DECLINE COPYING SERVICES, YOU WILL ONLY BE PAID THE INITIAL FEE IN ACCORDANCE WITH MCL 333.26269(1)(A). FOR COPYING COST LESS THAN $100 YOU MAY CONSIDER THIS TO BE YOUR APPROVAL TO PROCEED. ALL COPYING CHARGES REGARDLESS OF COST MUST BE IN ACCORDANCE OF THE MICHIGAN MEDICAL RECORDS ACCESS ACT.***

<u>PLEASE SIGN & DATE WHERE APPROPRIATE BELOW, AND RETURN WITH REQUESTED RECORDS</u> no later than the due date listed on subpoena/letter of request.
If additional assistance is needed, please call (248) 585-6300.

SENT ORIGINALLY ON 01/03/2024 (PLEASE DO NOT DUPLICATE)

## CERTIFICATION OF RECORD:

**RECORDS RE:** IAN LAMAR LAND

In response to the subpoena/letter of request issued, I hereby certify that the records submitted are the only records in my/our possession or control pertaining to the above individual.

_____  XX _____
Date                                          Signature
**IVAN L LAND LAW OFFICES PC**

☐ Enclosed are **ORIGINALS** that must be copied and returned to us.
☐ Enclosed are **COPIES** that do not need to be returned.

Page Count: _____
CD Count: _____

## NO RECORD STATEMENT:

**RECORDS RE:** IAN LAMAR LAND

I hereby certify that after a thorough and diligent search, no records pertaining to the above individual can be located.

1/23/24  XX *[signature]*
Date         Signature
**IVAN L LAND LAW OFFICES PC**

If reason is different than the description above, please provide additional information below.
(e.g. past retention, records located at different facility/location)

_____
_____

REQ-199796-B

# INSTRUCTIONS TO WITNESS:

**THE ENCLOSED SUBPOENA/LETTER OF REQUEST DOES NOT REQUIRE YOUR PERSONAL APPEARANCE.**
It does require that all records specified in the subpoena/letter of request be submitted to us by one of the methods listed below:

| Mail: | Secure Email: | Fax: |
|---|---|---|
| MINUTE MAN SERVICES, INC.<br>3905 ROCHESTER ROAD<br>ROYAL OAK, MI 48073 | REQ@ MM.SERVICES | (248) 585-5822<br>*Please only fax invoices and No Record Statements.<br>Faxes are unreliable and the quality is poor.* |

A digital version of the requested records (PDF/TIFF/JPEG, CD of films, audio CD, videos on DVD, etc.) is preferred, but is not mandatory. Paper records can be single sided without paperclips or staples.

***IF THE TOTAL COST TO COPY THE DOCUMENTS EXCEEDS $100.00 OR THE DOCUMENTS ARE ON FILM, <u>DO NOT BEGIN COPYING</u> UNTIL YOU HAVE PROVIDED US WITH A QUOTATION AND APPROVAL TO PROCEED IS GIVEN. <u>WITHOUT PRIOR APPROVAL, PAYMENT IS NOT GUARANTEED.</u> IF WE DECLINE COPYING SERVICES, YOU WILL ONLY BE PAID THE INITIAL FEE IN ACCORDANCE WITH MCL 333.26269(1)(A). FOR COPYING COST LESS THAN $100 YOU MAY CONSIDER THIS TO BE YOUR APPROVAL TO PROCEED. ALL COPYING CHARGES REGARDLESS OF COST MUST BE IN ACCORDANCE OF THE MICHIGAN MEDICAL RECORDS ACCESS ACT.***

<u>PLEASE SIGN & DATE WHERE APPROPRIATE BELOW, AND RETURN WITH REQUESTED RECORDS</u> no later than the due date listed on subpoena/letter of request.
If additional assistance is needed, please call (248) 585-6300.

SENT ORIGINALLY ON 08/08/2023 (PLEASE DO NOT DUPLICATE)

## CERTIFICATION OF RECORD:

**RECORDS RE:** **IAN LAMAR LAND**

In response to the subpoena/letter of request issued, I hereby certify that the records submitted are the only records in my/our possession or control pertaining to the above individual.

_____  XX _____
Date                    Signature
**LAW OFFICES OF STEPHANIE A CARSON**

☐ Enclosed are **ORIGINALS** that must be copied and returned to us.           Page Count: _____
☐ Enclosed are **COPIES** that do not need to be returned.                              CD Count: _____

## NO RECORD STATEMENT:

**RECORDS RE:** **IAN LAMAR LAND**

I hereby certify that after a thorough and diligent search, no records pertaining to the above individual can be located.

2/22/2024   XX  *[signature: Steph...]*
Date             Signature
**LAW OFFICES OF STEPHANIE A CARSON**

If reason is different than the description above, please provide additional information below.
(e.g. past retention, records located at different facility/location)

REQ-198209-I