UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IAN L. LAND,

                      Plaintiff,

-vs-

~~CITY OF DETROIT, a municipal corporation~~; RYAN RULOFF, individually and in his official capacity; and MATTHEW WEBB, individually and in his official capacity

                      Defendants.

Case No.: 22-cv-12672
Hon. Matthew F. Leitman

_____/

| | |
|---|---|
| Ivan L. Land (P65879) | Philip J. Hiltner (P77913) |
| Law Offices of Ivan L. Land, P.C. | Sarah V. Domin (P79128) |
| Attorney for Plaintiffs | City of Detroit Law Department |
| 25900 Greenfield Rd., Ste. 210 | Attorneys for Defendants |
| Oak Park, MI 48237-1267 | 2 Woodward Ave., Ste. 500 |
| (248) 968-4545 | Detroit, MI 48226 |
| | (313) 237-6390 |

_____/

# MOTION IN LIMINE TO PREVENT PLAINTIFF FROM REQUESTING AN AWARD OF PUNITIVE DAMAGES

NOW COME Defendants, Ryan Ruloff and Matthew Webb, by and through counsel, and submit the following Motion in Limine to Preclude Plaintiff from Requesting an Award of Punitive Damages.

1.    This case arises out of Plaintiff's arrest for illegally carrying a concealed weapon. Plaintiff has made claims of excessive force, unlawful search and

1

seizure, malicious prosecution, and civil conspiracy against the defendant police officers.

2. Defendants anticipate that Plaintiff will seek an award for punitive damages against the Defendant Police Officers.

3. Punitive damages are only permitted in § 1983 cases when the defendants' conduct is "shown to be motivated by evil motive or intent, or when it involves reckless or callous indifference to the federally protected rights of others." *Smith v. Wade*, 461 U.S. 30, 56 (1983).

4. In this case, through the course of discovery, there has been no evidence to show that the officers' conduct was callous, reckless, malicious, or motivated by evil motive or intent.

WHEREFORE, Defendants respectfully request that this Honorable Court grant this motion and preclude Plaintiff from requesting punitive damages.

Respectfully submitted,

/s/ Sarah V. Domin
Sarah V. Domin (P79128)
Senior Assistant Corporation Counsel
City of Detroit Law Department

Date: June 13, 2025

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IAN L. LAND,

                    Plaintiff,

-vs-

~~CITY OF DETROIT, a municipal corporation~~; RYAN RULOFF, individually and in his official capacity; and MATTHEW WEBB, individually and in his official capacity

                    Defendants.

Case No.: 22-cv-12672
Hon. Matthew F. Leitman

_____/

| | |
|---|---|
| Ivan L. Land (P65879) | Philip J. Hiltner (P77913) |
| Law Offices of Ivan L. Land, P.C. | Sarah V. Domin (P79128) |
| Attorney for Plaintiffs | City of Detroit Law Department |
| 25900 Greenfield Rd., Ste. 210 | Attorneys for Defendants |
| Oak Park, MI 48237-1267 | 2 Woodward Ave., Ste. 500 |
| (248) 968-4545 | Detroit, MI 48226 |
| | (313) 237-6390 |

_____/

**BRIEF IN SUPPORT OF MOTION IN LIMINE TO PREVENT PLAINTIFF FROM REQUESTING AN AWARD OF PUNITIVE DAMAGES**

# TABLE OF CONTENTS

TABLE OF CONTENTS ................................................................................. i

TABLE OF AUTHORITIES ........................................................................... ii

Issue Presented .............................................................................................. iii

LAW AND ANALYSIS ...................................................................................1

# TABLE OF AUTHORITIES

**Cases**

*Smith v. Wade*,
　461 U.S. 30 (1983) ........................................................................................1

## Issue Presented

1. Should Plaintiff be prohibited from requesting an award of punitive damages?

**DEFENDANTS ANSWER "YES"**

# LAW AND ANALYSIS

With respect to the claims against the Defendant Officers, the law regarding whether to submit a claim for punitive damages and when they are warranted is clear: "a jury may be permitted to assess punitive damages in an action under § 1983 when the defendant's conduct is shown to be motivated by evil motive or intent, or when it involves reckless or callous indifference to the federally protected rights of others."[1]

In the present case, Plaintiff has failed to illustrate through admissible proof outside of speculation or allegation that the conduct of Officers Webb or Ruloff was either motivated by evil motive or intent, or involved reckless or callous indifference to the federally protected rights of the Plaintiff.

Respectfully submitted,

/s/ Sarah V. Domin
Sarah V. Domin (P79128)
Senior Assistant Corporation Counsel
City of Detroit Law Department

Date: June 11, 2025

---

[1] *Smith v. Wade*, 461 U.S. 30, 56 (1983).

## LOCAL RULE 7.1 COMPLIANCE STATEMENT

Prior to the filing of this motion, Defendants sought concurrence from Plaintiff's counsel. Concurrence was not obtained.

Respectfully submitted,

/s/ Sarah V. Domin
Sarah V. Domin (P79128)
Senior Assistant Corporation Counsel
City of Detroit Law Department

Date: June 13, 2025

## Certificate of Service

I hereby certify that on **June 11, 2025**, I electronically filed the foregoing papers with the Court Clerk using the ECF system, which will send notice to counsel of record.

/s/ *Sarah V. Domin*