## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

IAN L. LAND,

    an individual,                  Case No. 2:22-cv-12672-MFL-CI

        Plaintiff,                   Hon. Matthew F. Leitman

V

RYAN RULOFF,
City of Detroit Police Officer,
Individually, and in his Official
Capacities, and

MATTHEW WEBB,
City of Detroit Police Officer,
Individually, and in his Official
Capacities, and

        Defendants.

---

## PLAINTIFF'S MOTION IN LIMINE NUMBER 2 TO BAR ARGUMENT OR EVIDENCE OF PLAINTIFF'S PRIOR INCARCERATIONS

NOW COMES the PLAINTIFF, Ian L. Land, by and through his attorneys, Law Offices of Ivan L. Land, P.C., moves this Court to enter an order consistent with the following motion in limine, and in support, states as follows:

I, Ivan L. Land, certify that this document complies with Local Rule 5.1(a) including double space (except for quoted materials and footnotes); at least one-inch margins on the top, sides, and bottom; consecutive page numbering; and type size

of all text and footnotes that is no smaller than 10-1/2 characters per inch (for non-proportional fonts) or 14 point (for proportional fonts). I certify that it is the appropriate length.

Pursuant to Local Rule 7.1, concurrence in the instant relief was requested from Defendants' Counsel, but no such concurrence was obtained.

1) Plaintiff anticipates that Defendants will elicit evidence and argue that Plaintiff has been previously incarcerated. Any mention or argument of Plaintiff's past incarceration, other than the wrongful incarceration that he was subjected to in this case, should be barred.

2) Other than the relevant wrongful incarceration in this case, any mention of Plaintiff's prior incarceration would be not relevant to a jury and unfairly prejudicial. Fed. R. Evid. 403 and 404(b); A jury could deny Plaintiff a verdict not because of the issue and merits in the present case, but because it is appalled by Plaintiff's prior conduct that has nothing to do with the events in question.

WHEREFORE, Plaintiff respectfully requests that this Court enter an order barring above anticipated argument and/or evidence, and an order directing defense counsel to properly prepare their witnesses not to mention the above information.


Dated: June 13, 2025                    Respectfully Submitted,

/s/Ivan L. Land
Ivan L. Land (P65879)
Law Offices of Ivan L. Land, P.C.
25900 Greenfield Rd., Suite 210
Oak Park, MI  48237-1267
248.968.4545 / (f) 248.968.4540
ill4law@aol.com
**Attorney for PLAINTIFF**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

IAN L. LAND,
     an individual,                     Case No. 2:22-cv-12672-MFL-CI
         Plaintiff,                 Hon. Matthew F. Leitman

V

RYAN RULOFF,
City of Detroit Police Officer,
Individually, and in his Official
Capacities, and

MATTHEW WEBB,
City of Detroit Police Officer,
Individually, and in his Official
Capacities, and

        Defendants.

---

## BRIEF IN SUPPORT OF PLAINTIFF'S MOTION IN LIMINE NUMBER 2 TO BAR ARGUMENT OR EVIDENCE OF PLAINTIFF'S PRIOR INCARCERATIONS

# **TABLE OF CONTENTS**

*TABLE OF CONTENTS* ................................................................................................ *5*

*TABLE OF AUTHORITIES* ........................................................................................ *6*

*BRIEF* ........................................................................................................................ *7*

    **I.**    **Evidence of Prior Incarceration Is Irrelevant and Unfairly Prejudicial** ......................................... 7

    **II.**    **Character Evidence Is Inadmissible Under Fed. R. Evid. 404(b)** ................................................ 7

# <u>TABLE OF AUTHORITIES</u>

**Rules**

Federal Rule of Evidence 403 ........................................................................... 7, 8

Federal Rule of Evidence 404(b) ...................................................................... 7, 8

## BRIEF

NOW COMES Plaintiff, Ian L. Land, by and through his attorneys, Law Offices of Ivan L. Land, P.C., and submits this brief in support of his Motion in Limine to exclude references to Plaintiff's prior incarceration unrelated to the wrongful incarceration that is the subject of this lawsuit. In support thereof, Plaintiff states:

## I. Evidence of Prior Incarceration Is Irrelevant and Unfairly Prejudicial

Plaintiff anticipates that Defendants may attempt to elicit testimony or introduce evidence concerning his prior incarcerations, unrelated to the wrongful incarceration at issue in this matter. Such evidence has no probative value in determining liability or damages in this case and is therefore irrelevant under Federal Rule of Evidence 403.

Further, any mention of unrelated prior incarcerations would pose a substantial risk of unfair prejudice, misleading the jury, and confusing the issues. Jurors may improperly deny Plaintiff relief based not on the merits of the claim, but due to negative feelings provoked by knowledge of his prior incarceration history.

## II. Character Evidence Is Inadmissible Under Fed. R. Evid. 404(b)

Federal Rule of Evidence 404(b) prohibits the use of prior bad acts or conduct to prove character or conformity therewith. The Defendants' anticipated references

7

to Plaintiff's past incarcerations would impermissibly suggest a propensity to engage in unlawful conduct, which is precisely the type of character evidence barred under this rule.

The only incarceration relevant to this action is the wrongful detention that forms the basis of Plaintiff's claims, all other references to prior incarcerations are inadmissible under Fed. R. Evid. 403 and 404(b). Plaintiff respectfully requests an order barring such references at trial and directing defense counsel to instruct their witnesses accordingly.

WHEREFORE, Plaintiff respectfully requests that this Court enter an order barring above anticipated argument and/or evidence, and an order directing defense counsel to properly prepare their witnesses not to mention the above information.

Dated: June 13, 2025                              Respectfully Submitted,


/s/Ivan L. Land
Ivan L. Land (P65879)
Law Offices of Ivan L. Land, P.C.
25900 Greenfield Rd., Suite 210
Oak Park, MI  48237-1267
248.968.4545 / (f) 248.968.4540
ill4law@aol.com
**Attorney for PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing document with the

Clerk of the Court via CM/ECF on June 13, 2025, to serve all parties.


Dated: June 13, 2025                    Respectfully Submitted,


                                        /s/Ivan L. Land
                                        Ivan L. Land (P65879)