UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Ian Lamar Land,

                        Plaintiff(s),

v.                                          Case No. 2:22−cv−12672−MFL−CI
                                              Hon. Matthew F. Leitman

Detroit, City of, et al.,

                        Defendant(s),

## NOTICE OF MOTION HEARING

You are hereby notified to appear before District Judge Matthew F. Leitman at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Detroit, Michigan. Please report to Room 110. The following motion(s) are scheduled for hearing:

        Motion in Limine – #37
        Motion in Limine – #38
        Motion in Limine – #39
        Motion in Limine – #40
        Motion in Limine – #41
        Motion in Limine – #42
        Motion in Limine – #43
        Motion in Limine – #44
        Motion in Limine – #45

- MOTION HEARING: July 17, 2025 at 01:30 PM

## Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                      By: s/Holly A Ryan
                                                          Case Manager

Dated: July 9, 2025