UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IAN LAMAR LAND,

      Plaintiff,                                 Case No. 22-cv-12672

v.                                              Hon. Matthew F. Leitman

RYAN RULOFF, *et al.*,

      Defendants.
_____/

## ORDER GRANTING IN PART AND DENYING IN PART PENDING MOTIONS IN LIMINE (ECF Nos. 37, 38, 39, 40, 41, 42, 43, 44, 45)

On July 17, 2025, the Court held a hearing on several motions *in limine* that the parties filed in this action. For the reasons explained on the record, **IT IS HEREBY ORDERED** as follows:

- Motion *in limine* No. 37 is **GRANTED**. Plaintiff shall not seek damages at trial for lost wages or earning capacity.

- Motion *in limine* No. 38 is **GRANTED IN PART** as follows. Until further order of the Court, neither party shall make arguments to the jury about whether the storage and carrying of the firearm at issue was legal or illegal. After a factual record is developed at trial, the parties may ask the Court to revisit this ruling.

- Motion *in limine* No. 39 is **GRANTED IN PART AND DENIED IN PART** as follows. The motion is **GRANTED** to the extent that it seeks

1

to exclude evidence and argument related to Plaintiff's preliminary examination. That evidence shall be excluded at trial. The motion is **DENIED** to the extent that it seeks to exclude evidence related to Defendants' actions after Plaintiff's arrest – more specifically evidence related to the Defendants' return to the gas station at issue after Plaintiff's arrest. At trial, that evidence may be introduced through a non-hearsay witness.

- Motion *in limine* No. 40 is **GRANTED**.

- Motion *in limine* No. 41 is **GRANTED**.

- Motion *in limine* No. 42 is **GRANTED**.

- Motion *in limine* No. 43 is **DENIED**.

- Motion *in limine* No. 44 is **GRANTED IN PART AND DENIED IN PART** as follows. The motion is **GRANTED** to the extent that it seeks to exclude evidence and references to Plaintiff's prior convictions. At trial, Defendants shall not reference or introduce evidence related to Plaintiff's prior convictions. The motion is **DENIED** to the extent that it seeks to exclude evidence related to Plaintiff's prior arrests. At trial, the parties may introduce evidence related to Plaintiff's prior arrests.

- Motion *in limine* No. 45 is **GRANTED**.

**IT IS SO ORDERED**.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: July 18, 2025

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on July 18, 2025, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126

3