UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IAN L. LAND,

      Plaintiff,

Case No.: 22-cv-12672
Hon. Matthew F. Leitman

-vs-

RYAN RULOFF, et al.,

      Defendants.
_____/

| | |
|---|---|
| Ivan L. Land (P65879) | Philip J. Hiltner (P77913) |
| Law Offices of Ivan L. Land, P.C. | City of Detroit Law Department |
| 25900 Greenfield Rd., Ste. 210 | Attorney for Defendant City of Detroit |
| Oak Park, MI 48237-1267 | 2 Woodward Ave., Ste. 500 |
| (248) 968-4545 | Detroit, MI 48226 |
| | (313) 237-6390 |

_____/

## STIPULATED ORDER OF DISMISSAL

This matter having come before this Honorable Court by stipulation, and the Court being fully advised in the premises:

**IT IS HEREBY ORDERED** Plaintiff's claims are dismissed with prejudice and without costs or attorney fees to any party.

                          s/Matthew F. Leitman
                          MATTHEW F. LEITMAN
                          UNITED STATES DISTRICT JUDGE

Dated:  November 24, 2025

SO STIPULATED:

/s/ Ivan L Land (w/ permission)                /s/ Philip J. Hiltner
Ivan L. Land (P65879)                          Philip J. Hiltner (P77913)
Attorney for Plaintiff                         Attorney for Defendants